[No. 10504-3-I.   Division One.   December 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
ALLEN PELKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 81-1-00042-2, John E. Rutter, Jr., J.,

entered June 23, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Swanson, J.